ACCEPTED
03-17-00515-CR
21286863
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 10:09 AM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-17-00515-CR

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 10:09:36 AM
JEFFREY D. KYLE
Clerk

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN DIVISION

_____

| | | |
|---|---|---|
| SHAQUAN CAMPBELL | § | |
| | § | |
| v. | § | |
| | § | |
| THE STATE OF TEXAS | § | |

_____

APPELLANT'S FIRST MOTION TO EXTEND
TIME TO FILE APPELLANT'S BRIEF

_____

Justin Bradford Smith
Texas Bar No. 24072348
Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone:  254-771-1855
Fax:  254-771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT

_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, SHAQUAN CAMPBELL, who files this First Motion for Extension of Time to File Brief and shows unto the Court as follows:

I.

Appellant's Brief is due on or before December 14, 2017.

II.

Appellant is asking for an additional thirty days to file his brief, which should make his brief due on or before January 15, 2017 (actual deadline falls on Saturday, January 13, 2017).

III.

Facts relied on to reasonably explain the need for an extension include the following:

1.    Draft brief, perform/review legal research, client communication, send required number of paper copies to Court of Criminal Appeals in *Lang v. State*; PD-0563-17. (Work performed (within last thirty day period) on November 14, 2017; November 15, 2017; November 16, 2017; November 17, 2017; November 18, 2017; November 20, 2017; November 21, 2017).

2.	Draft brief, review parts of record, perform/review legal research, overview of State's brief, several (and one very detailed) client communications in *McBride v. State*; Cause No. 03-17-00271-CR.  (Work performed during last thirty day period includes November 21, 2017; November 22, 2017; November 27, 2017; November 28, 2017; November 29, 2017; November 30, 2017; December 1, 2017; December 4, 2017; December 13, 2017) (was on third extension of time to file brief as well)

3.	For new appeal, jail visit with client and draft detailed amended motion for new trial, motion for mandatory community supervision, motion for release on bail pending appeal; motion for new trial; notice of appeal; request for reporter's record; request for clerk's record; perform/review legal research regarding mandatory community supervision and ineffective assistance in the context of an involuntary plea; communications with State's attorneys and defendant's trial attorney; initial client communication.  All in *Smith v. State*; Cause No. 03-17-XXXXX-CR; Trial Court Cause No. 77,497;

264th District Court; Bell County, Texas. (Work performed on December 4, 2017; December 6, 2017; December 7, 2017; December 8, 2017; December 11, 2017).

4. Review record, perform research, second motions for extension of time to file briefs and begin drafting brief (in 10-17-00150-CR) in *Summers v. State*; 10-17-00150-CR and 10-17-00151-CR. (Work performed on November 17, 2017; November 28, 2017; November 29, 2017; December 5, 2017; December 6, 2017; December 7, 2017; December 8, 2017; December 9, 2017).

5. Overview of State's brief, evaluation of whether reply brief warranted, and began drafting reply brief (but decided against submitting it), client communication in *Smith v. State*; PD-0514-17. (Work performed on November 21, 2017; December 5, 2017).

6. Overview of State's brief, and detailed client communication enclosing same in *Ballard v. State*; Cause No. 03-17-00040-CR. (Work performed on December 6, 2017).

7. First Motion for Extension of Time to File Brief in *State v. Bryan*; Cause No. 11-17-00236-CR. (Work performed on November 15, 2017).

8. Motion for Continuance and client communication in *Ex parte Marsh*; Cause No. CR03262; 220th District Court; Comanche County, Texas. (Work performed on November 15, 2017; November 22, 2017).

9. Overview of State's brief and detailed client communication regarding why certain issues were not raised in *Goodin v. State*; Cause No. 11-17-00073-CR. (Work performed on November 20, 2017).

10. Work related to dependent administration (e.g., work related to hiring CPA for unpaid income tax issue; client telephone conference; meeting regarding discovery and retaining accounting services) in *In the Estate of Charping, Deceased*; Cause No. 32,155; County Court at Law No. 1, Bell County. (Work performed on November 21, 2017; November 28, 2017; November 29, 2017).

11.     Hearing on motion for default judgment in *Rudy's Repair and Remodel, LLC v. Coleman*; Cause No. 422017S0039544; Justice of the Peace, Precinct 4, Place 2; Bell County, Texas. (Work performed on November 28, 2017).

12.     Work related to application to determine heirship and related matters in *Estate of Miller*; Cause No. 17-9898; Coryell County, Texas. Work includes issues surrounding property left in road after foreclosure, attempting to evaluate adoption claim by other person, coordinating hearing date, etc. (Work performed on November 20, 2017; November27, 2017; November 29, 2017; December 1, 2017; December 6, 2017; December 11, 2017; December 13, 2017).

13.     Tax foreclosure hearing as attorney ad litem on December 14, 2017 in the 169th District Court of Bell County, Texas, and preparatory work. (Hearing on December 14, 2017, but much work leading up to the hearing for the many cases originally set).

14.     Thanksgiving lunch at children's school on November 14, 2017.

15.       Time "lost" on November 16, 2017 driving for oldest son's school field trip.

16.       Office was closed for Thanksgiving and Black Friday. (November 23, 2017; November 24, 2017).

17.       Miscellaneous work/work-related activity (e.g., revising drafts of documents, demand letter, 501(c)(3) application, etc.) (performed variously over the course of the last month).

IV.

No previous extension has been requested and granted in this matter.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court to extend his time for filing his brief to thirty (30) days from the date his brief is due.

Respectfully submitted:

/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
Fax: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that, on December 14, 2017, a true and correct copy of the Appellant's First Motion to Extend Time to File Appellant's Brief was provided to counsel via email and/or eservice:

Bell County District Attorney
c/o Bob Odom
P.O. Box 540
Belton, Texas 76513
Phone: 254-933-5215
Fax: 254-933-5238
Email: Bob.Odom@bellcounty.texas.gov
     *Attorneys for State of Texas*

        /s/ Justin Bradford Smith
        Justin Bradford Smith